# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| AutoBeef, LLC d/b/a CarComplaints.com  ) | |
| ) | Civil Action No. 1:16-cv-322-jgm |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| EVOX Productions, LLC ) | |
| ) | |
| Defendant ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff AutoBeef, LLC d/b/a CarComplaints.com hereby dismisses the above-captioned matter.

Dated at Burlington, Vermont this 8th day of March, 2016.

DOWNS RACHLIN MARTIN PLLC

_____
Cathleen E. Stadecker
cstadecker@drm.com
Peter B. Kunin
pkunin@drm.com
199 Main Street
PO Box 190
Burlington, VT 05402-0190
Phone: 802.863-2375
Fax: 802.862.7512

Attorneys for Plaintiff, AutoBeef, LLC d/b/a CarComplaints.com

Downs
Rachlin
Martin PLLC

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 8, 2019, I filed the foregoing document with the Clerk of Court via the CM/ECF system and that a copy of the same was provided to counsel for Defendant.

                                        Cathleen E. Stadecker

17320272.1